CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
FEBRUARY 2018 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 6:18-cr-2 |
| | ) | |
| v. | ) | |
| | ) | **SEALED INDICTMENT** |
| | ) | |
| KATHLEEN VARNER and | ) | **In Violation of:** |
| COURTNEY GRACE BALDOCK | ) | |
| | ) | 21 U.S.C. § 846 |

**COUNT ONE**

The Grand Jury charges:

1. Beginning not later than January 1, 2014, and continuing until on or about September 28, 2017, in the Western Judicial District of Virginia and elsewhere, the defendants, KATHLEEN VARNER and COURTNEY GRACE BALDOCK, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

2. All in violation of Title 21, United States Code, Section 846.

A TRUE BILL this _____ day of February, 2018.

_s/Grand Jury Foreperson_____
FOREPERSON

_/s/ Rauna Day Rottenborn_____
RICK A. MOUNTCASTLE
UNITED STATES ATTORNEY