IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 6:18CR00002 |
| | : | |
| **KATHLEEN VARNER** | : | |

## MOTION FOR SUBSTANTIAL ASSISTANCE CONSIDERATION

Comes now the United States of America, by counsel, pursuant to Section 5K1.1, United States Sentencing Commission Guidelines Manual, and to Title 18, United States Code, Section 3553(e), and moves that **KATHLEEN VARNER** receive consideration for substantial assistance, based upon the fact that **KATHLEEN VARNER** has provided substantial assistance in the investigation and prosecution of another person or persons who have committed offenses.

                          Respectfully submitted,

                          THOMAS T. CULLEN
                          United States Attorney

                          /s/ R. Andrew Bassford
                          R. Andrew Bassford
Dated: March 20, 2019          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of March, 2019, caused to be filed this Motion for Substantial Assistance Consideration with the Clerk of the Court, which will provide a copy to Neil Horn, Esq., Counsel for Defendant.

/s/ R. Andrew Bassford
R. Andrew Bassford
Assistant United States Attorney